**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 29 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
Jeanine Bonello Muzzi

            v

American Home Products et al
-------------------------------------------------X
Yocheved Sobel et al

            v

The Abbott Laboratories et al
-------------------------------------------------X
Faigie Singer et al

            v

Abbott Laboratories et al
-------------------------------------------------X
Faigie Singer et al

            v

Premo Pharmaceuticals Laboratories, Inc.
-------------------------------------------------X

**ORDER**

**CV05-1306 (JBW)**

**CV05-5569 (JBW)**

**CV05-3386 (JBW)**

**CV06-4824 (JBW)**

JACK B. WEINSTEIN, Senior District Judge:

        Defendant Premo Pharmaceuticals Laboratories Inc. motion to dismiss the captioned cases, CV05-1306, CV05-5569, CV05-3386 against it is denied. Service will be deemed proper if made by October 5, 2006.

        In view of this order, on consent, the Court permits the plaintiff to withdraw the complaint recently filed under docket number CV06-4824. That case is dismissed, but not on the merits.



So Ordered

_____

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 9/27/06
Brooklyn, New York